UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>　　v.<br>GLORIA H. LEWIS<br>　　　　　　Defendant | Civil Action No: 16-01694 |

## DEFAULT

AND NOW, this 26th day of October, 2016, default is hereby entered against Defendant, GLORIA H. LEWIS for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter J. Welsh, Acting
_____
Clerk, U.S. District Court

_____
Deputy Clerk