AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:16-CV-1694 |
| GLORIA H. LEWIS, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is hereby entered in favor of the United States of America and against Defendant Gloria H. Lewis in the amount of $148,472.82 plus interest at the rate of $14.32 per day from May 2, 2016 to the date of any Marshal's Sale or other sale of the property located at 8 East Locust Lane, New Oxford, Pennsylvania 1735.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kane _____ on a motion for default judgment

Date: May 30, 2017

CLERK OF COURT

*Paulette Weida*
Signature of Clerk or Deputy Clerk