# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>v.<br>GLORIA H. LEWIS<br>　　　　　　Defendant | Civil Action No: 16-01694 |

## ORDER

AND NOW, this 7th day of February, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on November 15, 2017 is hereby confirmed and the interest of all lien holders are divested.

2. That the Marshal is ordered and directed to execute and deliver to J Gordon Gainer LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of GLORIA H. LEWIS in and to the premises sold located at 8 East Locust Lane, New Oxford, PA 17350.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　　　s/Yvette Kane
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.